

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,361-01

### IN RE KENNETH GERHART ANDREW, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1058171-A IN THE 177TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for a writ of habeas corpus in the 177th District Court of Harris County and that his applications have not been forwarded to this Court.

On June 11, 2014, we held this application in abeyance and ordered Respondent, Judge of the 177th District Court, either to resolve the issues set out in a January 8, 2010 order designating issues, or to order the District Clerk to forward Relator's habeas applications to this Court. Respondent had 30 days to respond. On July 21, we received a second order designating issues that

Respondent signed on July 11, 2014. Respondent has not complied with this Court's order and resolved the issues set out in the January 8 order or ordered the District Clerk to forward Relator's habeas applications.

We conditionally grant mandamus relief and direct Respondent to immediately order the District Clerk to forward Relator's applications to this Court. The writ of mandamus will issue only if Respondent fails to comply with this opinion.

Delivered: August 20, 2014

Do not publish